# United States District Court
# For The Western District of North Carolina
# Asheville Division

PAMELA JEAN McCRACKEN,

       Petitioner,                        JUDGMENT IN A CIVIL CASE

vs.                                      1:05cv265-MU-01

VALERIE WASHINGTON,

       Respondent.


DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 5, 2005 Order.


                                                     FRANK G. JOHNS, CLERK

December 5, 2005

                                          *s / Elizabeth J. Barton*
                            BY: _____
                                        Elizabeth Barton, Deputy Clerk